# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIEW CHONSOONGNERN,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:19-cv-00347-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME TO FILE CONFIDENTIAL LETTER BRIEF<br><br>(ECF No. 12) |

On August 19, 2019, the parties filed a stipulation extending the time for Plaintiff to serve a confidential letter brief. (ECF No. 12.) Pursuant to the stipulation, IT IS HEREBY ORDERED that Plaintiff's confidential letter brief shall be served on or before September 22, 2019.

IT IS SO ORDERED.

Dated: **August 19, 2019**

UNITED STATES MAGISTRATE JUDGE

1