# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| PIEW CHONSOONGNERN,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:19-cv-000347-SAB<br><br>ORDER RE STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND ENTRY OF JUDGMENT FOR PLAINTIFF<br><br>(ECF No. 17) |

On December 9, 2019, the parties to this action filed a stipulation to remand this action for further administrative action.

Accordingly, IT IS HEREBY ORDERED that, pursuant to the stipulation of the parties, this action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation. IT IS FURTHER ORDERED that judgment be entered in favor of Plaintiff Piew Chonsoongnern and against Defendant Commissioner of Social Security. The Clerk of the Court is directed to CLOSE this action.

IT IS SO ORDERED.

Dated: __December 9, 2019__

UNITED STATES MAGISTRATE JUDGE

1