# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIEW CHONSOONGNERN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:19-cv-00347-SAB<br><br>ORDER RE STIPULATION FOR AWARD OF ATTORNEY'S FEES<br><br>(ECF No. 20) |

　　　　Piew Chonsoongnern ("Plaintiff") filed this action on March 14, 2019, challenging the denial of an application for disability benefits pursuant to the Social Security Act. (ECF No. 1.) On December 9, 2019, pursuant to the parties' stipulation for voluntary remand pursuant to 42 U.S.C. § 405(g), the Court entered judgment in favor of Plaintiff and against Defendant. (ECF Nos. 17, 18, 19.) On January 23, 2020, the parties filed a stipulation for the award of attorney's fees in the amount of $7,500.00 pursuant to the Equal Access to Justice Act ("EAJA"), without prejudice to the rights of counsel to seek attorney's fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA. (ECF No. 20.)

///
///
///
///
///

Accordingly, IT IS HEREBY ORDERED that, pursuant to the stipulation of the parties, Plaintiff is awarded attorney's fees pursuant to the EAJA in the amount of $7,500.00.

IT IS SO ORDERED.

Dated: **January 23, 2020**

_____
UNITED STATES MAGISTRATE JUDGE